# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 | CIVIL ACTION NO: |
| **Plaintiff** | **COMPLAINT** |
| vs. | RE:<br>195 Phillips Road, Weld, ME 04285 |
| Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker | Mortgage:<br>December 3, 2003<br>Book 2392, Page 75<br>Franklin County Registry of Deeds |
| **Defendant** | |
| Wilmington Savings Fund Society FSB not in its individual capacity but solely as Owner Trustee of CSMC 2019-R1 Trust | |
| **Party-In-Interest** | |

NOW COMES the Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, by and through its attorneys, Doonan, Graves & Longoria, LLC, and hereby complains against the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker, as follows:

## JURISDICTION AND VENUE

1. This Court has jurisdiction over this action pursuant 28 U.S.C. § 1332(a)(1) (Diversity) because the Plaintiff and Defendant are citizens of different states and the matter in

controversy exceeds the sum or value of seventy-five thousand and 00/100 ($75,000.00) dollars, exclusive of interest and costs. Any Court of the United States, upon the filing of an appropriate pleading, may declare the rights and other legal relations of any interested party seeking such declaration, whether or not further relief is or could be sought under 28 U.S.C. § 2201.

2. This Court has jurisdiction over this action pursuant to 28 U.S.C. § 1332(a)(1) because the object of this litigation is a Note executed under seal currently owned and held by U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, in which the borrowers, Richard A. Toothaker and Nancy Bernard, are the obligors and the total amount owed under the terms of the Note is One Hundred Eight Thousand Four Hundred Twenty and 03/100 ($108,420.03) Dollars, plus attorney fees and costs associated with the instant action; thus, the amount in controversy exceeds the jurisdictional threshold of seventy-five thousand ($75,000.00) dollars.

3. Venue is properly exercised pursuant to 28 U.S.C. §1391(b)(2) insofar as all or a substantial portion of the events that give rise to the Plaintiff's claims transpired in Maine and the property is located in Maine.

## PARTIES

4. U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 is a National Association with its principal/main place of business located at 111 Southwest Fifth Avenue, Portland OR.

5. The Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker, is a resident of North Yarmouth, County of Cumberland and State of Maine.

6. The Party-in-Interest, Wilmington Savings Fund Society, FSB not in its individual capacity but solely as Owner Trustee of CSMC 2019-R1 Trust, has its principal/main office at 500 Delaware Avenue, Wilmington, DE 19801.

## FACTS

7. On March 23, 2000, by virtue of a Warranty Deed from Richard H. Toothaker, which is recorded in the Franklin County Registry of Deeds in **Book 01918, Page 136**, the property situated at 195 Phillips Road, City/Town of Weld, County of Franklin, and State of Maine, was conveyed to Richard A. Toothaker and Nancy Bernard, as joint tenants, being more particularly described by the attached legal description. *See* Exhibit A (a true and correct copy of the legal description is attached hereto and incorporated herein).

8. On December 3, 2003, Richard A. Toothaker and Nancy Bernard, executed and delivered to Beneficial Maine Inc. a certain Note under seal in the amount of $108,420.03. *See* Exhibit B (a true and correct copy of the Note is attached hereto and incorporated herein).

9. To secure said Note, on December 3, 2003, Nancy Bernard and Richard A. Toothaker, executed a Mortgage Deed in favor of Beneficial Maine Inc., securing the property located at 195 Phillips Road, Weld, ME 04285 which Mortgage Deed is recorded in the Franklin County Registry of Deeds in **Book 2392**, **Page 75**. *See* Exhibit C (a true and correct copy of the Mortgage is attached hereto and incorporated herein).

10. The Mortgage was then assigned to DLJ Mortgage Capital, Inc. by virtue of an Assignment of Mortgage dated September 19, 2017, and recorded in the Franklin County Registry of

Deeds in **Book 3943**, **Page 21**. *See* Exhibit D (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

11. Upon information and belief Nancy Bernard died on February 6, 2018, and due to their joint tenancy Richard A. Toothaker became the sole owner of the right of redemption for the subject mortgage.

12. The Mortgage was then assigned to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 by virtue of an Assignment of Mortgage dated August 11, 2021, and recorded in the Franklin County Registry of Deeds in **Book 4360**, **Page 5**. *See* Exhibit E (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

13. Upon information and belief, Richard A. Toothaker died on April 3, 2022.

14. On or about June 22, 2023, a petition was filed in the Franklin County Probate Court to appoint Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Richard A. Toothaker.

15. On or about November 20, 2023, Benjamin P. Campo, Jr., Esq. was appointed Special Administrator of the Estate of Richard A. Toothaker by the Honorable Margot Joly of the Franklin County Probate Court in Docket No. 2023-0131.

16. The Mortgage was then assigned to U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 by virtue of an Assignment of Mortgage dated April 5, 2024, and recorded in the Franklin County Registry of Deeds in **Book 4627, Page**

**58**. See Exhibit F (a true and correct copy of the Assignment of Mortgage is attached hereto and incorporated herein).

17. On June 14, 2024, the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker, was sent a Notice of Mortgagor's Right to Cure, as evidenced by the Certificate of Mailing (herein after referred to as the "Demand Letter"). *See* Exhibit G (a true and correct copy of the Demand Letter is attached hereto and incorporated herein).

18. The Demand Letter informed the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker, of the total amount necessary to cure the default, and the deadline by which the default must be cured, which was thirty-five (35) days from receipt of the Demand Letter. *See* Exhibit G.

19. The Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker, failed to cure the default prior to the expiration of the Demand Letter.

20. The Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, is the present holder of the Note pursuant to endorsement by the previous holder (if applicable), payment of value and physical possession of the Note in conformity with 11 M.R.S. § 3-1201, et seq., and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929).

21. The Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as

indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, hereby certifies it is the lawful holder and owner of the Note and Mortgage.

22. The Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, hereby certifies that all steps mandated by law to provide notice to the mortgagor pursuant to 14 M.R.S.A. § 6111 and/or Note and Mortgage were strictly performed.

23. Upon information and belief, Wilmington Savings Fund Society, FSB not in its individual capacity but solely as Owner Trustee of CSMC 2019-R1 Trust is a Party-in-Interest pursuant to a Mortgage Lien originally to Beneficial Maine Inc, in the amount of $21,600.00 dated June 23, 2005, and recorded in the Franklin County Registry of Deeds in Book 2629, Page 228. Said Mortgage Lien was assigned to CSMC 2019-R1 Trust by assignment of mortgage dated March 19, 2020, in Book 4177, Page 127 and is in second position behind Plaintiff's Mortgage.

24. The total debt owed under the Note and Mortgage as of August 2, 2024, is One Hundred Twenty-Eight Thousand Nine Hundred Fifty-Two and 72/100 ($128,952.72) Dollars, which includes:

| Description | Amount |
| --- | --- |
| Principal Balance | $78,173.51 |
| Interest | $10,567.64 |
| Escrow Advance | $2,829.84 |
| Loan Level Advance Balance | $37,328.00 |
| Interest on Advances | $53.73 |
| Grand Total | $128,952.72 |

25. Upon information and belief, the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker, is presently in possession of the subject property originally secured by the Mortgage.

## COUNT I – FORECLOSURE AND SALE

26. The Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, repeats and re-alleges paragraphs 1 through 25 as if fully set forth herein.

27. This is an action for foreclosure and sale respecting a real estate related Mortgage and title located at 195 Phillips Road, Weld, County of Franklin, and State of Maine. *See* Exhibit A.

28. The Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, is the holder of the Note referenced in Paragraph 8 pursuant to endorsement by the previous holder (if applicable) and physical possession of the aforesaid Note in conformity with Title 11, section 3-1201, et seq. of the Maine Revised Statutes and *Simansky v. Clark*, 147 A. 205, 128 Me. 280 (1929). As such, Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, has the right to foreclosure and sale upon the subject property. *See Johnson v. Toothaker v. Bayview Loan Servicing, LLC,* 2022 WL 3278883 JDL (D. Me 2022), citing *Johnson v. Home State Bank,* 501 U.S. 78, 84 (1991).]

29. The Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, hereby certifies it is the current owner and investor of the aforesaid Mortgage and Note.

30. The Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker, is presently in default on said Mortgage and Note, having failed to make the monthly payment due April 1, 2022, and all subsequent payments, and, therefore, has breached the condition of the aforesaid Mortgage and Note; but Defendant Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Richard A. Toothaker is not personally liable and accordingly, this action <u>does not</u> seek personal liability on the part of the Defendant, but only seeks *in rem* Judgment of Foreclosure and Sale against the property.

31. The total debt owed under the Note and Mortgage as of August 2, 2024, is One Hundred Twenty-Eight Thousand Nine Hundred Fifty-Two and 72/100 ($128,952.72) Dollars.

32. The record established through the Franklin County Registry of Deeds indicates that there are no public utility easements recorded subsequent to the Mortgage and prior to the commencement of these proceedings affecting the mortgaged premises at issue herein.

33. By virtue of the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker('s), breach of condition, the Plaintiff hereby demands a foreclosure and sale on said real estate, but, Defendant, Benjamin P. Campo, Jr., Esq. as Special Administrator of the Estate of Richard A. Toothaker is not personally liable and accordingly, this action <u>does not</u> seek personal liability on the part of the Defendant, but only seeks *in rem* Judgment of Foreclosure and Sale against the property.

34. Notice in conformity with 14 M.R.S.A. § 6111 and/or Note and Mortgage was sent to the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker, on June 14, 2024, evidenced by the Certificate of Mailing. *See* Exhibit G.

35. The Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker, is not in the Military as evidenced by the attached Exhibit H.

36. If the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker, has received a Bankruptcy Discharge of this Debt, the Court should enter an Order finding that this action does not seek any personal liability on the part of that Defendant, but only seeks *in rem* judgment against the property.

## PRAYERS FOR RELIEF

WHEREFORE, the Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, prays this Honorable Court:

a) Issue an *in rem* judgment of foreclosure and sale in conformity with Title 14 § 6322, accordingly, this action <u>does not</u> seek any personal liability on the part of the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator for the Estate of Richard A. Toothaker;

b) Determine the amount due and priority of any Parties-In-Interest that appear in this matter;

c) Grant possession to the Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, upon the expiration of the period of redemption;

d) Find that the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Richard A. Toothaker, is in breach of the Note by failing to make payment due as of April 1, 2022, and all subsequent payments, but, Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Richard A. Toothaker, is not personally liable, and accordingly, this action does not seek personal liability on the part of the Defendant, but only seeks *in rem* Judgment of Foreclosure and Sale against the property;

e) Impose the applicable time periods for redemption, etc., as reflected in 14 M.R.S.A. § 6322;

f) Find that while the Defendant, Benjamin P. Campo, Jr., Esq., as Special Administrator of the Estate of Richard A. Toothaker, has no personal liability in this matter, a Judgment of Foreclosure and Sale in this matter can be imposed *in rem* against the property commonly known as and numbered as 195 Phillips Road, Weld, ME 04285;

g) For such other and further relief as this Honorable Court deems just and equitable.

Respectfully Submitted,
U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3,
By its attorneys,

Dated: August 21, 2024

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com