**MAINE**
COUNTY OF FRANKLIN

PREPARED BY: FIRST AMERICAN MORTGAGE SOLUTIONS
WHEN RECORDED MAIL TO: FIRST AMERICAN MORTGAGE SOLUTIONS, 1795 INTERNATIONAL WAY, IDAHO FALLS, ID 83402, PH. 208-528-9895

# ASSIGNMENT OF MORTGAGE

FOR VALUE RECEIVED, **BENEFICIAL MAINE INC.**, located at **C/O SELECT PORTFOLIO SERVICING, INC. 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119**, Assignor, does hereby grant, assign, transfer, and set over unto **DLJ MORTGAGE CAPITAL, INC.**, located at **ELEVEN MADISON AVENUE 4TH FLOOR, NEW YORK, NY 10010**, Assignee, its successors and assigns, all Assignor's interest in and to that certain Mortgage dated **DECEMBER 03, 2003**, executed by **RICHARD A. TOOTHAKER AND NANCY BERNARD, J/T NOT AS T/I/C**, as Mortgagor(s), to **BENEFICIAL MAINE INC.**, Original Mortgagee, and recorded on **DECEMBER 12, 2003** in Book 2392 at Page 75 as Instrument No. 14898 in the office of the Register of Deeds in the County of **FRANKLIN**, State of **MAINE**.
TOGETHER with all rights accrued or to accrue to said Mortgage.
IN WITNESS WHEREOF, the undersigned has caused this Instrument to be executed this **SEPTEMBER 19, 2017**.
**BENEFICIAL MAINE INC., BY SELECT PORTFOLIO SERVICING, INC. AS ATTORNEY IN FACT**

_____
SHAWN MITCHELL, ASSISTANT VICE PRESIDENT

STATE OF IDAHO        COUNTY OF **BONNEVILLE**    ) ss.

On **SEPTEMBER 19, 2017**, before me, **HEATHER HOWE**, personally appeared **SHAWN MITCHELL** known to me to be the **ASSISTANT VICE PRESIDENT** of **SELECT PORTFOLIO SERVICING, INC. AS ATTORNEY-IN-FACT FOR BENEFICIAL MAINE INC.** the corporation that executed the instrument or the person who executed the instrument on behalf of said corporation, and acknowledged to me that such corporation executed the same.

_____
HEATHER HOWE (COMMISSION EXP. 07/29/2022)
NOTARY PUBLIC

```
HEATHER HOWE
NOTARY PUBLIC
STATE OF IDAHO
```

Page 1 of 1

