**Recording Requested By:**
Richmond Monroe Group

**When Recorded Mail To:**
Richmond Monroe Group
82 Jim Linegar Ln
Branson West, MO, 65737
(417) 447-2931

## CORPORATE ASSIGNMENT OF MORTGAGE

ME/FRANKLIN

Assignment Prepared on: July 28, 2021

**Assignor:** DLJ MORTGAGE CAPITAL, INC. BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

**Assignee:** U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2021-R3, MORTGAGE-BACKED NOTES, SERIES 2021-R3, at C/O SELECT PORTFOLIO SERVICING, INC., 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT, 84119

For value received, the Assignor does hereby grant, sell, assign, transfer and convey, unto the above-named Assignee all interest under that certain Mortgage Dated: 12/3/2003, in the amount of $108,420.03, executed by RICHARD A. TOOTHAKER AND NANCY BERNARD, J/T NOT AS T/I/C to BENEFICIAL MAINE INC. and Recorded: 12/12/2003, Instrument #: 14898, Book: 2392, Page: 75 in FRANKLIN County, State of MAINE.

Property Address: 195 PHILLIPS ROAD, WELD, ME, 04285

TO HAVE AND TO HOLD, the same unto Assignee, its successors and assigns, forever, subject only to the terms and conditions of the above-described Mortgage.

DLJ MORTGAGE CAPITAL, INC. BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT

On: AUG 1 1 2021

By: [signature]

Name: Miguel Bocanegra
Title: Document Control Officer

State of UTAH
County of SALT LAKE

On AUG 1 1 2021, before me, Stephanie Brockbank, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Miguel Bocanegra, Document Control Officer, DLJ MORTGAGE CAPITAL, INC. BY SELECT PORTFOLIO SERVICING, INC. ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the Instrument.

WITNESS my hand and official seal.

[signature] Stephanie Brockbank
Notary Expires: MAY 2 6 2025  /#: 718489

STEPHANIE BROCKBANK
Notary Public State of Utah
My Commission Expires on:
May 26, 2025
Comm. Number: 718489

ME/FRANKLIN


EXHIBIT E