Recording Requested By: Residential RealEstate Review

When Recorded Return To:

Residential RealEstate Review, Collateral Document Services, 3217 S. Decker Lake Drive, Salt Lake City, UT 84119

## CORPORATE ASSIGNMENT OF MORTGAGE

Franklin, Maine
Residential RealEstate Review#:

Date of Assignment: APR 0 5 2024

Assignor: U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2021-R3, MORTGAGE-BACKED NOTES, SERIES 2021-R3 BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT at C/O SELECT PORTFOLIO SERVICING, INC. 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119

Assignee: U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 at C/O SELECT PORTFOLIO SERVICING, INC, 3217 S. DECKER LAKE DRIVE, SALT LAKE CITY, UT 84119

Executed By: RICHARD A. TOOTHAKER AND NANCY BERNARD, J/T NOT AS T/I/C  To: BENEFICIAL MAINE INC., A CORPORATION
Dated: 12-03-2003 Recorded: 12-12-2003 as Instrument No. 14898, Book/Reel/Liber 2392, Page/Folio 75 In the County of Franklin, State of Maine.

Property Address: 195 PHILLIPS ROAD, WELD, ME 04285

KNOW ALL MEN BY THESE PRESENTS, that for good and valuable consideration, the receipt and sufficiency of which is hereby acknowledged, the said Assignor hereby assigns unto the above-named Assignee, the said Mortgage having an original principal sum of $108,420.03 with interest, secured thereby, and the full benefit of all the powers and of all the covenants and provisos therein contained, and the said Assignor hereby grants and conveys unto the said Assignee, the Assignor's interest under the Mortgage.

TO HAVE AND TO HOLD the said Mortgage, and the said property unto the said Assignee forever, subject to the terms contained in said Mortgage.

U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2021-R3, MORTGAGE-BACKED NOTES, SERIES 2021-R3 BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT

On APR 0 5 2024

By: _____
Sherry Nielsen
Document Control Officer

STATE OF Utah
COUNTY OF Salt Lake

On, APR 0 5 2024, before me, Jennifer C. Brown, a Notary Public in and for SALT LAKE in the State of UTAH, personally appeared Sherry Nielsen, Document Control Officer of U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2021-R3, MORTGAGE-BACKED NOTES, SERIES 2021-R3 BY SELECT PORTFOLIO SERVICING, INC., ITS ATTORNEY IN FACT, personally known to me (or proved to me on the basis of satisfactory evidence) to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity, and that by his/her/their signature on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

WITNESS my hand and official seal.

_____
Jennifer C. Brown

JENNIFER C BROWN
Notary Public State of Utah
My Commission Expires on:
July 05, 2026
Comm. Number: 725608


EXHIBIT F