## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 | CIVIL ACTION NO: 2:24-cv-00297-NT |
| **Plaintiff** | **MOTION TO APPROVE CONSENT JUDGMENT OF FORECLOSURE AND SALE** |
| **vs.** | **RE:** 195 Phillips Road, Weld, ME 04285 |
| Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker | Mortgage: December 3, 2003 Book 2392, Page 75 |
| **Defendant** | |
| Wilmington Savings Fund Society FSB not in its individual capacity but solely as Owner Trustee of CSMC 2019-R1 Trust | |
| **Party-In-Interest** | |

NOW COMES the Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, in this matter, by and through undersigned counsel and hereby MOVES this Court to enter an Order to approve and enter the Consent Judgment of Foreclosure and Sale between the Plaintiff and Defendant dated March 10, 2025. As grounds therefore, Plaintiff states the following:

1. On October 1, 2024, Plaintiff sent Defendant, Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker, and Party-In-Interest, Wilmington Savings Fund Society FSB not in its individual capacity but solely as Owner Trustee of CSMC 2019-R1 Trust, a Consent Judgment of Foreclosure and Sale.

2. On March 10, 2025, Plaintiff received the Consent Judgment of Foreclosure and Sale executed by Defendant, Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker, filed herewith, as Exhibit A.

3. The Party-in-Interest, Wilmington Savings Fund Society FSB not in its individual capacity but solely as Owner Trustee of CSMC 2019-R1 Trust, was served on September 12, 2024.

4. The Party-in-Interest, Wilmington Savings Fund Society FSB not in its individual capacity but solely as Owner Trustee of CSMC 2019-R1 Trust, has not appeared throughout this action and has not executed the Consent Judgment of Foreclosure and Sale.

5. Defendant is not in the military. *See* Affidavit of Military Search attached hereto, as Exhibit B.

WHEREFORE, in the interests of judicial economy, Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, requests that this Court approve and enter the Consent Judgment of Foreclosure and Sale dated March 10, 2025 and which is now being submitted to this Court.

Respectfully submitted this 31st day of March 2025.

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
William H. Sandstead, Esq. Bar No. 007720
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com
whs@dgandl.com

## CERTIFICATE OF SERVICE

I, Reneau J. Longoria, Esq., hereby certify that on this 31st day of March 2025 I served a copy of the above document by electronic notification using the CM/ECF system and/or First Class Mail to the following:

/s/ Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Haley H. Carter, Esq. Bar No. 11253
William H. Sandstead, Esq. Bar No. 007720
Attorneys for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com
HCarter@dgandl.com
whs@dgandl.com

## SERVICE LIST

Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker
490 Walnut Hill Road
North Yarmouth, ME 04097

Wilmington Savings Fund Society FSB not in its individual capacity but solely as Owner Trustee of
CSMC 2019-R1 Trust
500 Delaware Ave
Wilmington, DE 19801