# UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 | CIVIL ACTION NO: 2:24-cv-00297-NT |
| **Plaintiff** | **CONSENT JUDGMENT OF FORECLOSURE AND SALE** |
| **vs.** | **RE:** 195 Phillips Road, Weld, ME 04285 |
| Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker | Mortgage: December 3, 2003 Book 2392, Page 75 |
| **Defendant** | |
| Wilmington Savings Fund Society FSB not in its individual capacity but solely as Owner Trustee of CSMC 2019-R1 Trust | |
| **Party-In-Interest** | |

Now comes the Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, the Defendant, Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker.

**JUDGMENT** on Count I – Foreclosure and Sale is hereby **ENTERED** as follows:

.    If the Defendant or his/her heirs or assigns pay U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust



2021-R3, Mortgage-Backed Notes, Series 2021-R3 ("U.S. Bank Trust National

Association") the amount adjudged due and owing ($127,832.73) within 90 days of the

date of the Judgment, as that time period is calculated in accordance with 14 M.R.S.A §

6322, U.S. Bank Trust National Association shall forthwith discharge the Mortgage and

file a dismissal of this action on the ECF Docket. The following is a breakdown of the

amount due and owing:

| Description | Amount |
| --- | --- |
| Principal Balance | $78,173.51 |
| Interest | $12,303.57 |
| Escrow Advance | $3,179.84 |
| Loan Level Advance Balance | $33,375.13 |
| Interest on Advances | $800.68 |
| Grand Total | $127,832.73 |

1.  If the Defendant or his/her heirs or assigns do not pay U.S. Bank Trust National

    Association the amount adjudged due and owing ($127,832.73) within 90 days of the

    judgment, as that time period is calculated in accordance with 14 M.R.S.A. § 6322,

    his/her remaining rights to possession of the Weld Property shall terminate, and U.S.

    Bank Trust National Association shall conduct a public sale of the Weld Property in

    accordance with 14 M.R.S.A. § 6323, disbursing the proceeds first to itself in the amount

    of $127,832.73 after deducting the expenses of the sale, with any surplus to be disbursed

    pursuant to Paragraph 5 of this Judgment, and in accordance with 14 M.R.S.A. § 6324.

    U.S. Bank Trust National Association does seek personal liability on the part of the

    Defendant, but only seeks in rem Judgment of Foreclosure and Sale against the property.

2.  Pursuant to 14 M.R.S.A. § 2401(3)(F), the Clerk, if requested, shall sign a certification

    after the appeal period has expired, certifying that the applicable period has expired

    without action or that the final judgment has been entered following appeal.

3.  The amount due and owing is $127,832.73 and the mortgage loan is in default, as a result

of the Defendant, Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker, having failed to comply with the terms of the Note, the object of this litigation, is in breach of both the Note and Mortgage. Defendant, Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker, who is not Borrower, is not personally liable, and accordingly this action does not seek personal liability from Defendant, and this judgment shall act solely as an *in rem* judgment against the property.

4. The priority of interests is as follows:

● U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 has first priority, in the amount of $127,832.73, pursuant to the subject Note and Mortgage.

● Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker has the second priority behind the Plaintiff.

● Wilmington Savings Fund Society FSB not in its individual capacity but solely as Owner Trustee of CSMC 2019-R1 Trust has been defaulted

. 5. The prejudgment interest rate is 5.75000%, *see* 14 M.R.S.A. § 1602-B, and the post-judgment interest rate is 10.69%, pursuant to 14 M.R.S.A. § 1602-C (the one year United States Treasury bill rate is the weekly average one-year constant maturity Treasury yield, as published by the Board of Governors of the Federal Reserve System, for the last full week of the calendar year immediately prior to the year in which post-judgment interest begins to accrue – December 2022, 4.69% plus 6% for a total post-judgment interest rate of 10.69%).

6. The following information is included in this Judgment pursuant to 14 M.R.S.A. §
2401(3):

| | PARTIES | COUNSEL |
|---|---|---|
| PLAINTIFF | U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 425 Walnut Street Cincinnati, OH 45202 | Reneau J. Longoria, Esq. Doonan, Graves & Longoria, LLC 100 Cummings Center Suite 303C Beverly, MA 01915 |
| DEFENDANT | Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker 490 Walnut Hill Road North Yarmouth, ME 04097 | Pro Se |
| PARTIES-IN-INTEREST | Wilmington Savings Fund Society FSB not in its individual capacity but solely as Owner Trustee of CSMC 2019-R1 Trust 500 Delaware Ave Wilmington, DE 19801 | Defaulted |

a) The docket number of this case is No. 2:24-cv-00297-NT.

b) All parties to these proceedings received notice of the proceedings in accordance
with the applicable provisions of the Federal Rules of Civil Procedure.

c) A description of the real estate involved, 195 Phillips Road, Weld, ME 04285, is set
forth in Exhibit A to the Judgment herein.

d) The street address of the real estate involved is 195 Phillips Road, Weld, ME 04285.

The Mortgage was executed by the Defendants, Nancy Bernard, Richard Toothaker and Benjamin P. Campo on December 3, 2003.  The book and page number of the Mortgage in the Franklin County Registry of Deeds is Book 2392, Page 75.

e) The Defendant, Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker, having failed to comply with the terms of the Note, the object of this litigation, is in breach of both the Note and Mortgage.  Defendant, Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker, who is not Borrower is not personally liable, and accordingly this action does not seek personal liability on the part of that Defendant, and this judgment shall act solely as an *in rem* judgment against the property.

f) This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 195 Phillips Road, Weld, ME 04285.

Dated: March 10, 2025

/s/Reneau J. Longoria, Esq.
Reneau J. Longoria, Esq. Bar No. 005746
Attorney for Plaintiff
Doonan, Graves & Longoria, LLC
100 Cummings Center, Suite 303C
Beverly, MA 01915
(978) 921-2670
RJL@dgandl.com

dated: March 10, 2025

/s/Benjamin P. Campo, Esq.,
Benjamin P. Campo, Esq., as Special
Administrator of the Estate of Richard Toothaker
490 Walnut Hill Road
North Yarmouth, ME 04097

**SO ORDERED**

**DATED THIS \_\_\_ DAY OF _____, \_\_\_\_\_    _____**
**U.S. DISTRICT JUDGE**