UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| U.S. BANK TRUST COMPANY, NATIONAL ASSOCIATION, AS TRUSTEE, AS SUCCESSOR-IN-INTEREST TO U.S. BANK NATIONAL ASSOCIATION, NOT IN ITS INDIVIDUAL CAPACITY BUT SOLELY AS INDENTURE TRUSTEE, FOR THE HOLDERS OF THE CIM TRUST 2021-R3, MORTGAGE-BACKED NOTES, SERIES 2021-R3,<br><br>    Plaintiff,<br><br>v.<br><br>BENJAMIN P. CAMPO, AS SPECIAL ADMINISTRATOR FOR THE ESTATE OF RICHARD TOOTHAKER,<br><br>    Defendant. | Docket No. 2:24-cv-00297-NT<br><br>Re: 195 Phillips Road, Weld, ME 04285<br><br>Mortgage: December 3, 2003<br>    Book 2392, Page 75<br>    Franklin County Registry of Deeds |

**CONSENT JUDGMENT OF FORECLOSURE AND SALE**

Now comes the Plaintiff, U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3, and the Defendant, Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker, and submit this Consent Judgment of Foreclosure and Sale.

**JUDGMENT** on the Complaint's one count for Foreclosure and Sale is hereby **ENTERED** as follows:

1.      If the Defendant or his heirs or assigns pay U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 ("**U.S. Bank Trust National Association**") the amount adjudged due and owing ($127,832.73) within 90 days of the date of the Judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, U.S. Bank Trust National Association shall forthwith discharge the Mortgage and file a dismissal of this action on the ECF docket. The following is a breakdown of the amount due and owing:

| Description | Amount |
|---|---|
| Principal Balance | $78,173.51 |
| Interest | $12,303.57 |
| Escrow Advance | $3,179.84 |
| Loan Level Advance Balance | $33,375.13 |
| Interest on Advances | $800.68 |
| Grand Total | $127,832.73 |

2.      If the Defendant or his heirs or assigns do not pay U.S. Bank Trust National Association the amount adjudged due and owing ($127,832.73) within 90 days of the judgment, as that time period is calculated in accordance with 14 M.R.S. § 6322, his remaining rights to possession of the property located at 195 Phillips Road in Weld, Maine ("**Weld Property**") shall terminate, and U.S. Bank Trust National Association shall conduct a public sale of the Weld Property in accordance with 14 M.R.S. § 6323, disbursing the proceeds first to itself in the amount of $127,832.73 after deducting the expenses of the sale, with any surplus to be disbursed pursuant to Paragraph 6 of this Judgment, and in accordance with 14 M.R.S. § 6324.  U.S. Bank

Trust National Association does seek personal liability on the part of the Defendant, but only seeks in rem Judgment of Foreclosure and Sale against the Weld Property.

3. Pursuant to 14 M.R.S. § 2401(3)(F), the Clerk, if requested, shall sign a certification after the appeal period has expired, certifying that the applicable period has expired without action or that the final judgment has been entered following appeal.

4. The Plaintiff is responsible for recording the attested copy of this Judgment with the signed Clerk's certification in the proper county's registry of deeds within one year of the entry of the final judgment and for paying the appropriate recording fees. *See* 14 M.R.S. § 2401(3).

5. The amount due and owing is $127,832.73 and the mortgage loan is in default because the Defendant, Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker, failed to comply with the terms of the Note and Mortgage and is in breach of both. The Defendant, Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker, is not the Borrower and is not personally liable, and accordingly this action does not seek personal liability from the Defendant, and this judgment shall act solely as an *in rem* judgment against the Weld Property.

6. The priority of interests is as follows:

- U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of

- the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3 has first priority, in the amount of $127,832.73, pursuant to the subject Note and Mortgage.

- Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker has the second priority behind the Plaintiff.[1]

7. The prejudgment interest rate is 5.75%, *see* 14 M.R.S. § 1602-B, and the post-judgment interest rate is 10.69%, *see* 14 M.R.S. § 1602-C.

8. The following information is included in this Judgment pursuant to 14 M.R.S. § 2401(3):

|   | PARTIES | COUNSEL |
|---|---------|---------|
| PLAINTIFF | U.S. Bank Trust Company, National Association, as Trustee, as successor-in-interest to U.S. Bank National Association, not in its individual capacity but solely as indenture trustee, for the holders of the CIM Trust 2021-R3, Mortgage-Backed Notes, Series 2021-R3<br>425 Walnut Street<br>Cincinnati, OH 45202 | Reneau J. Longoria, Esq.<br>Doonan, Graves & Longoria, LLC<br>100 Cummings Center<br>Suite 303C<br>Beverly, MA 01915 |
| DEFENDANT | Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker<br>490 Walnut Hill Road<br>North Yarmouth, ME 04097 | Pro Se |

---

[1] Party-in-Interest Wilmington Savings Fund Society, FSB not in its individual capacity but solely as Owner Trustee of CSMC 2019-R1 Trust had recorded a mortgage lien behind the Plaintiff's Mortgage but has been defaulted and so is not entitled to recovery in this action.

| | | |
|---|---|---|
| PARTY-IN-INTEREST | Wilmington Savings Fund Society FSB not in its individual capacity but solely as Owner Trustee of CSMC 2019-R1 Trust 500 Delaware Ave Wilmington, DE 19801 | Defaulted |

a. The docket number of this case is No. 2:24-cv-00297-NT.

b. All parties to these proceedings received notice of the proceedings in accordance with the applicable provisions of the Federal Rules of Civil Procedure.

c. A description of the real estate involved, 195 Phillips Road, Weld, Maine 04285, is set forth in Exhibit A to the Judgment herein.

d. The street address of the real estate involved is 195 Phillips Road, Weld, ME 04285. The Mortgage was executed by Nancy Bernard and Richard A. Toothaker on December 3, 2003. The book and page number of the Mortgage in the Franklin County Registry of Deeds is Book 2392, Page 75.

e. The Defendant, Benjamin P. Campo, as Special Administrator for the Estate of Richard Toothaker, having failed to comply with the terms of the Note, the object of this litigation, is in breach of both the Note and Mortgage. Defendant Campo, as Special Administrator for the Estate of Richard Toothaker, is not Borrower and is not personally liable so this action does not seek personal liability on the part of that Defendant, and this

5

    judgment shall act solely as an *in rem* judgment against the Weld Property.

  f. This judgment shall not create any personal liability on the part of the Defendant but shall act solely as an *in rem* judgment against the property, 195 Phillips Road, Weld, Maine 04285.

Dated: March 10, 2025       /s/ Reneau J. Longoria, Esq.
                Reneau J. Longoria, Esq. Bar No. 005746
                Attorney for Plaintiff
                Doonan, Graves & Longoria, LLC
                100 Cummings Center, Suite 303C
                Beverly, MA 01915
                (978) 921-2670
                RJL@dgandl.com

Dated: March 10, 2025       /s/ Benjamin P. Campo, Esq.,
                Benjamin P. Campo, Esq., as Special Administrator of the Estate of Richard Toothaker
                490 Walnut Hill Road
                North Yarmouth, ME 04097

SO ORDERED.

                    /s/ Nancy Torresen
                    United States District Judge

Dated this 2nd day of April, 2025.

## Exhibit A – Legal Description of Property

THE LAND IN WELD, FRANKLIN COUNTY, STATE OF MAINE, TOGETHER WITH THE BUILDINGS THEREON, BOUNDED AND DESCRIBED AS FOLLOWS TO WIT: - BEING TWO (2) ADJOINING LOTS TOGETHER WITH THE BUILDINGS THEREON, BEING THE SAME PREMISES CONVEYED TO CLINTON BRADBURY AND REBECCA BRADBURY BY WARRANTY DEED OF ROBERT NESTOR DATED JUNE 23. 1976, RECORDED BOOK 502, PAGE 51. FRANKLIN REGISTRY OF DEEDS, THE PREMISES IN THE AGGREGATE CONSISTING OF APPROXIMATELY 300 FEET OF ROAD FRONTAGE ON THE EASTERLY SIDE OF STATE HIGHWAY #142 AND THE PREMISES HAVING A DEPTH OF 150 FEET, MORE OR LESS, BOUNDED ON SOUTH BY LAND NOW OR FORMERLY OF EORGA WHITIN AND BOUNDED ON THE EAST AND THE NORTH BY LAND NOW OR FORMERLY OF BRUNO KIBIC AND WILDENE KUBIC.

THESE PREMISES ARE SUBJECT TO A RESERVATION ORIGINALLY CREATED IN FAVOR OF THE TOWN OF WELD OF ALL STANDING TIMBER SITUATED WITHIN 3 RODS OF THE CENTER LINE OF STATE HIGHWAY #142 WHERE SAID HIGHWAY BORDERS THE ABOVE PREMISES.

   TAX MAP OR PARCEL ID NO.: MAP 29 LOT 31

